UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA CIVIL DIVISION

CASE NO.: 8:22-cv-02130-SDM-SPF

James Watson

     Plaintiff,

v.

NSHP, LLC
d/b/a Hyde Park Prime Steakhouse
and HYDE PARK RESTAURANT SYSTEMS, INC.

     Defendant.

_____/

## **NOTICE OF SETTLEMENT FOR ALL PARTIES**

Plaintiff, James Watson ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, NSHP, LLC d/b/a Hyde Park Prime Steakhouse and HYDE PARK RESTAURANT SYSTEMS, INC. ("Defendant") to resolve his claim against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

                                          Respectfully submitted,

>*/s/ J. Courtney Cunningham*
>J. Courtney Cunningham, Esq.
>J. COURTNEY CUNNINGHAM, PLLC
>FBN: 628166
>8950 SW 74th Court, Suite 2201
>Miami, FL 33156
>T:  305-351-2014
>cc@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

>*/s/ J. Courtney Cunningham*
>J. Courtney Cunningham, Esq.