UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-CV-02130-SDM-SPF

JAMES WATSON

     Plaintiff,

v.

NSHP, LLC., d/b/a Hyde Park Prime Steakhouse
and HYDE PARK RESTAURANT SYSTEMS, INC.

     Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JAMES WATSON, by and through the undersigned counsel, pursuant to Rule Fed. R. Civ. P. 41(a)(1)(A)(i), and this Court Order [DE 8], hereby gives notice that he voluntarily dismisses this action with prejudice against, Defendants, NSHP, LLC., d/b/a Hyde Park Prime Steakhouse, and HYDE PARK RESTAURANT SYSTEMS, INC., and respectfully requests this Court to terminate the action.

Respectfully submitted this November 30, 2022.

                                        By: */s/ J. Courtney Cunningham*
                                        J. Courtney Cunningham, Esq.
                                        Florida Bar No.: 628166

Watson v. NSHP, LLC et al<br>
Case No.: 22-CV-02130-SDM-SPF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2022, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: <i>/s/ J. Courtney Cunningham</i><br>
J. Courtney Cunningham, Esq.<br>
Florida Bar No.: 628166<br>
J. COURTNEY CUNNINGHAM, PLLC<br>
8950 SW 74th Court, Suite 2201<br>
Miami, Florida 33156<br>
T:  305-351-2014<br>
cc@cunninghampllc.com<br>
legal@cunninghampllc.com<br>
<br>
<i>Counsel for Plaintiff</i>